UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CR-128-2BO
NO. 5:13-CR-128-4BO
NO. 5:13-CR-128-5BO
NO. 5:13-CR-128-6BO

UNITED STATES OF AMERICA,       )
                                )
            v.                  )     ORDER TO UNSEAL INDICTMENT
                                )
FERNANDO LONGZANO-ZERMINO       )
PEDRO PEREZ-PEREZ               )
ISMAEL ARROYO-PEREZ             )
VICTOR ROSALES-ZARTE (a/k/a     )
     "Jorge Rosales-Beltran") )
                                     )

       Upon motion of the United States of America, and for good cause

shown, the above-captioned Indictment is hereby ORDERED to be

unsealed by the Clerk of the United States Court for the Eastern

District of North Carolina as to the defendants, FERNANDO

LONGZANO-ZERMINO, PEDRO PEREZ-PEREZ, ISMAEL ARROYO-PEREZ and VICTOR

ROSALES-ZARTE (a/k/a "Jorge Rosales-Beltran"), only.  It is further

ORDERED that the defendants be provided a copy of the Indictment,

redacted with regard to the names of any codefendant not yet in

custody.

       This  8th  day of July, 2013

                         _____
                         WILLIAM A. WEBB
                         UNITED STATES MAGISTRATE JUDGE